# EXHIBIT A

Type of work: Text

Registration Number / Date: TX0006474253 / 2007-01-06

Title: *A proper light before the country: the shifting politics of gender and kinship among the Dakota, Ojibwe and non-native communities of the Upper Midwest, 1825-1845.*

Date of Creation: 2005

Date of Publication: 2006-12-21

Author: Catherine Jane Denial

Type of work:  Text

Title: *A Comprehensive System for Item Analysis in Psychological Scale Construction*

Publication: *Journal of Educational Measurement* 15, no. 2

Date of Creation: 1978

Author: Steven A. Schwartz

Type of work:  Text

Title: *Wilmington Massacre was Confederacy's Revenge*

Publication: *Yes! Weekly*

Date of Creation: 2019

Author: Ian McDowell